GENNERO PIZZOLA ET AL. *v*. PLAINVILLE PLANNING AND ZONING COMMISSION ET AL.

The motion by the defendant Willis R. Zenga for permission to file a one-page supplemental brief in response to the brief in opposition to his petition for certification from the Court of Common Pleas in Hartford County is granted.

*James H. Shulman,* in support of the motion.

Submitted July 14—decided July 27, 1972

CARYL S. STERN *v*. HAROLD N. STERN

The defendant's motion filed July 6, 1972, for review of the order terminating a stay of execution, which order was entered on June 27, 1972, in the appeal from the Superior Court in New Haven County is dismissed. See Practice Book § 694, as amended.

*Jacob D. Zeldes,* in support of the motion.

Submitted July 16—decided July 27, 1972

MARTIN WOLF, TRUSTEE *v*. SHIRLEY STOKES

MARTIN WOLF, TRUSTEE *v*. MAE CARDEN

The petition by the defendants for certification for appeal from the Appellate Session of the Court of Common Pleas is denied.

*Charles A. Pirro III,* in support of the motion.